UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| BYRON MARCUS MCLEAN | |

On motion of the Defendant, Byron M. McLean, and for good cause shown, it is hereby ORDERED that the **[D.E. 25]** be sealed until further notice by this Court.

IT IS SO ORDER.

This  29th   day of June, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge